# COURT OF ERRORS AND APPEALS,

WILLIAM POTTS, trustee, *et al*, Appellants, and BENJAMIN FISH and others, Respondents.

The case in Chancery is reported *ante,* page 277.

*Beasley* and *William L. Dayton* for the Appellants.

*C. S. Green* and *R. S. Field* for the Respondents.

The decree of the Chancellor was unanimously affirmed.